# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:25−cv−00815−CAB−BLM

| | |
|---|---|
| Western Growers Association et al v. Agricultural Labor Relations Board et al | Date Filed: 04/04/2025 |
| Assigned to: Judge Cathy Ann Bencivengo | Date Terminated: 05/13/2025 |
| Referred to: Magistrate Judge Barbara Lynn Major | Jury Demand: None |
| Cause: 42:1983cv Civil Rights Act − Civil Action for Deprivation of Rights | Nature of Suit: 950 Constitutional − State Statute |
| | Jurisdiction: Federal Question |

| | |
|---|---|
| Early Neutral Evaluation Conference: | Settlement Conference: |
| Case Management Conference: | Settlement Disposition Conference: |
| Status Hearing: | Pretrial Conference: |
| Status Conference: | Final Pretrial Conference: |
| Mandatory Settlement Conference: | Trial Date: |

**Plaintiff**

**Western Growers Association**　　　represented by　**Barbara Elaine Taylor**
Sheppard, Mullin, Richter & Hampton LLP
350 South Grand Avenue
40th Floor
Los Angeles, CA 90071−3460
213−620−1780
Fax: 213−620−1398
Email: btaylor@sheppardmullin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Schwarz**
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
310−228−3705
Fax: 310−228−3701
Email: dschwarz@sheppardmullin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristy Landis**
Sheppard, Mullin, Richter & Hampton
350. South Grand Avenue
40th Floor
Los Angeles, CA 90071−3460
213−620−1780
Fax: 213−620−1398
Email: klandis@sheppardmullin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S Moody**

Barsamian & Associates
1141 West Shaw Avenue
Suite 104
Fresno, CA 93711–3713
(209)248–2360
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olive Hill Greenhouses, Inc**                represented by   **Barbara Elaine Taylor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Schwarz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristy Landis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S Moody**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Agricultural Labor Relations Board**         represented by   **Sebastian Brady**
California Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
530–519–4688
Email: sebastian.brady@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Ann Hughes**
Office of the Attorney General
California Department of Justice
600 West Broadway
Suite 1800
San Diego, CA 92101
619–321–5428
Fax: 916–732–7920
Email: kristi.hughes@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Victoria Hassid**
*in her official capacity as Chairperson of the*
*California Agricultural Labor Relations Board*

represented by **Sebastian Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Ann Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Isadore Hall, III**
*in their official capacities as Members of the*
*California Agricultural Labor Relations Board*

represented by **Sebastian Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Ann Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barry Broad**
*in their official capacities as Members of the*
*California Agricultural Labor Relations Board*

represented by **Sebastian Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Ann Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ralph Lightstone**
*in their official capacities as Members of the*
*California Agricultural Labor Relations Board*

represented by **Sebastian Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Ann Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cinthia N. Flores**
*in their official capacities as Members of the*
*California Agricultural Labor Relations Board*

represented by **Sebastian Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Ann Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| Santiago Avila–Gomez<br>*in his official capacity as Executive Secretary*<br>*of the California Agricultural Labor Relations*<br>*Board* | represented by **Sebastian Brady**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kristi Ann Hughes**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Does 1 through 100**
*inclusive*

**Defendant**

| | |
|---|---|
| **United Farm Workers of America** | represented by **Scott A Kronland**<br>Altshuler Berzon<br>177 Post Street<br>Suite 300<br>San Francisco, CA 94108<br>(415)421–7151<br>Fax: (415)362–8064<br>Email: skronland@altshulerberzon.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2025 | Ï 1 | COMPLAINT against Agricultural Labor Relations Board, Santiago Avila–Gomez, Barry Broad, Does 1 through 100, Cinthia N. Flores, Isadore Hall, III, Victoria Hassid, Ralph Lightstone ( Filing fee $ 405 receipt number ACASDC–19769830.), filed by Olive Hill Greenhouses, Inc, Western Growers Association. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1 to Complaint, # 3 Exhibit 2 to Complaint)<br><br>The new case number is 3:25–cv–815–CAB–BLM. Judge Cathy Ann Bencivengo and Magistrate Judge Barbara Lynn Major are assigned to the case. (Schwarz, David)(axi) (exs). (Entered: 04/07/2025) |
| 04/07/2025 | Ï 2 | Summons Issued.<br>**Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (axi) (exs). (Entered: 04/07/2025) |
| 04/17/2025 | Ï 3 | WAIVER OF SERVICE Returned Executed by Olive Hill Greenhouses, Inc, Western Growers Association, as to Agricultural Labor Relations Board. (Schwarz, David) (anh). (Entered: 04/17/2025) |
| 04/17/2025 | Ï 4 | WAIVER OF SERVICE Returned Executed by Olive Hill Greenhouses, Inc, Western Growers Association, as to Barry Broad. (Schwarz, David) (anh). (Entered: 04/17/2025) |
| 04/17/2025 | Ï 5 | WAIVER OF SERVICE Returned Executed by Olive Hill Greenhouses, Inc, Western Growers Association, as to Isadore Hall, III. (Schwarz, David) (anh). (Entered: 04/17/2025) |
| 04/17/2025 | Ï 6 | WAIVER OF SERVICE Returned Executed by Olive Hill Greenhouses, Inc, Western Growers Association, as to Santiago Avila–Gomez. (Schwarz, David) (anh). (Entered: 04/17/2025) |
| 04/17/2025 | Ï 7 | |

| | | |
|---|---|---|
| | | WAIVER OF SERVICE Returned Executed by Olive Hill Greenhouses, Inc, Western Growers Association, as to Victoria Hassid. (Schwarz, David) (anh). (Entered: 04/17/2025) |
| 04/17/2025 | 8 | WAIVER OF SERVICE Returned Executed by Olive Hill Greenhouses, Inc, Western Growers Association, as to Cinthia N. Flores. (Schwarz, David) (anh). (Entered: 04/17/2025) |
| 04/17/2025 | 9 | WAIVER OF SERVICE Returned Executed by Olive Hill Greenhouses, Inc, Western Growers Association, as to Ralph Lightstone. (Schwarz, David) (anh). (Entered: 04/17/2025) |
| 04/22/2025 | 10 | NOTICE OF RELATED CASE(S) by Olive Hill Greenhouses, Inc, Western Growers Association of case(s) 1:24−cv−01601− KES−CDB *Wonderful Nurseries LLC v. ALRB et al*. (Schwarz, David) (anh). (Entered: 04/22/2025) |
| 04/23/2025 | 11 | NOTICE of Appearance by Kristi Ann Hughes on behalf of Agricultural Labor Relations Board, Santiago Avila−Gomez, Barry Broad, Cinthia N. Flores, Isadore Hall, III, Victoria Hassid, Ralph Lightstone (Hughes, Kristi)Attorney Kristi Ann Hughes added to party Agricultural Labor Relations Board(pty:dft), Attorney Kristi Ann Hughes added to party Santiago Avila−Gomez(pty:dft), Attorney Kristi Ann Hughes added to party Barry Broad(pty:dft), Attorney Kristi Ann Hughes added to party Cinthia N. Flores(pty:dft), Attorney Kristi Ann Hughes added to party Isadore Hall, III(pty:dft), Attorney Kristi Ann Hughes added to party Victoria Hassid(pty:dft), Attorney Kristi Ann Hughes added to party Ralph Lightstone(pty:dft) (anh). (Entered: 04/23/2025) |
| 04/23/2025 | 12 | NOTICE of Appearance by Sebastian Brady on behalf of Agricultural Labor Relations Board, Santiago Avila−Gomez, Barry Broad, Cinthia N. Flores, Isadore Hall, III, Victoria Hassid, Ralph Lightstone (Brady, Sebastian)Attorney Sebastian Brady added to party Agricultural Labor Relations Board(pty:dft), Attorney Sebastian Brady added to party Santiago Avila−Gomez(pty:dft), Attorney Sebastian Brady added to party Barry Broad(pty:dft), Attorney Sebastian Brady added to party Cinthia N. Flores(pty:dft), Attorney Sebastian Brady added to party Isadore Hall, III(pty:dft), Attorney Sebastian Brady added to party Victoria Hassid(pty:dft), Attorney Sebastian Brady added to party Ralph Lightstone(pty:dft) (anh). (Entered: 04/23/2025) |
| 04/24/2025 | 13 | MOTION for Preliminary Injunction by Olive Hill Greenhouses, Inc, Western Growers Association. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration of Krista L. Landis, # 3 Exhibit A to Declaration of Krista L. Landis)(Schwarz, David) (anh). (Entered: 04/24/2025) |
| 04/24/2025 | 14 | NOTICE *Plaintiffs Request for Oral Argument on Their Motion for Preliminary Injunction* by Olive Hill Greenhouses, Inc, Western Growers Association re 13 MOTION for Preliminary Injunction (Schwarz, David) (anh). (Entered: 04/24/2025) |
| 04/25/2025 | 15 | NOTICE *of Errata to Declaration of Krista L. Landis in Support of Motion for Preliminary Injunction* by Olive Hill Greenhouses, Inc, Western Growers Association re 13 MOTION for Preliminary Injunction (Schwarz, David) (anh). (Entered: 04/25/2025) |
| 05/01/2025 | 16 | MOTION to Intervene by United Farm Workers of America. (Attachments: # 1 Memo of Points and Authorities)(Kronland, Scott)Attorney Scott A Kronland added to party United Farm Workers of America(pty:dft) (anh). (Entered: 05/01/2025) |
| 05/02/2025 | 17 | NOTICE *Notice of Errata to Motion to Intervene (Dkt. #16)* by United Farm Workers of America re 16 MOTION to Intervene (Attachments: # 1 Exhibit United Farm Workers' Proposed Answer to Complaint)(Kronland, Scott) (anh). (Entered: 05/02/2025) |
| 05/05/2025 | 18 | ORDER TO SHOW CAUSE. Signed by Judge Cathy Ann Bencivengo on 5/5/2025.(anh) (Entered: 05/05/2025) |
| 05/09/2025 | 19 | MOTION for Leave to File *Opposition to Plaintiffs' Motion for Preliminary Injunction* by United Farm Workers of America. (Attachments: # 1 Memo of Points and Authorities Exhibt A − Memo of P&As, # 2 Exhibit Exhibit B − Opposition to Motion for Prelim. Injunction, # 3 Exhibit Exhibit C − |

| | | |
|---|---|---|
| | | Declaration of Armando Elenes iso Opposition to Motion for Prelim. Inj.)(Kronland, Scott) (anh). (Entered: 05/09/2025) |
| 05/12/2025 | 20 | RESPONSE re 18 Order to Show Cause filed by Olive Hill Greenhouses, Inc, Western Growers Association. (Schwarz, David) (anh). (Entered: 05/12/2025) |
| 05/13/2025 | 21 | Case transferred to District of Eastern District of California. Files transferred electronically to: *District of Eastern District of California*.*501 I Street, Room 4–200**Sacramento, CA 95814*. Signed by Judge Cathy Ann Bencivengo on 5/13/2025. (Attachments: # 1 Transfer Order) (anh) (Entered: 05/13/2025) |