UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN GROWERS ASSOCIATION and OLIVE HILL GREENHOUSES, INC, <br><br> Plaintiffs, <br><br> v. <br><br> AGRICULTURAL LABOR RELATIONS BOARD, et al., <br><br> Defendants. | No. 1:25-cv-00577-KES-CDB <br><br> <u>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE CONSOLIDATED WITH CASE NO. 1:24-CV-01601-KES-CDB</u> |

The parties are ORDERED TO SHOW CAUSE, in writing by June 2, 2025, why this case should not be consolidated with *Wonderful Nurseries LLC v. Agricultural Labor Relations Board et al.*, No. 1:24-cv-01601-KES-CDB.

IT IS SO ORDERED.

Dated:  May 20, 2025

UNITED STATES DISTRICT JUDGE

1