UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN GROWERS ASSOCIATION and OLIVE HILL GREENHOUSES, INC,<br><br>Plaintiffs,<br><br>v.<br><br>AGRICULTURAL LABOR RELATIONS BOARD, et al.,<br><br>Defendants. | No. 1:25-cv-00577-KES-CDB<br><br>ORDER GRANTING UNOPPOSED MOTION TO INTERVENE<br><br>(Docs. 16, 19) |

This matter is before the Court on the motion to intervene pursuant to Federal Rule of Civil Procedure 24 filed by proposed defendant-intervenor the United Farm Workers of America ("UFW") on May 1, 2025. (Doc. 16.) On May 16, 2025, plaintiffs Western Growers Association and Olive Hill Greenhouses, Inc. filed a statement of non-opposition to UFW's motion. (Doc. 28.) Therein, plaintiffs observe that "the UFW's Motion To Intervene was granted in the related case, *Wonderful Nurseries v. ALRB*, Case No. 1:24-cv-01601-KES-CDB (E.D. Cal.)." (*Id.* at 2.) Plaintiffs also recognize that "[a]lthough the parties and the underlying procedural posture here is somewhat different . . . those differences do not materially change the Court's Rule 24 analysis in its order in the Related Case." (*Id.*) Therefore, for the reasons set forth in the Court's order granting UFW's motion to intervene in Case No. 1:24-cv-01601-KES-CDB, (Doc. 46), UFW's motion to intervene in this case is likewise granted.

1

Accordingly:

1. UFW's motion to intervene, (Doc. 16), is granted.

2. As UFW is now a party to this action, its motion for leave to file an opposition to plaintiffs' motion for a preliminary injunction, (Doc. 19), is moot.  UFW's opposition to plaintiff's motion for a preliminary injunction, and its supporting declaration by Armando Elenes (Docs. 19-2 and 19-3), which were docketed in this case on May 9, 2025, are deemed filed.

3. Any reply thereto shall be filed by May 23, 2025.

IT IS SO ORDERED.

Dated:   May 20, 2025

_____
UNITED STATES DISTRICT JUDGE

2