SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
DAVID A. SCHWARZ, Cal Bar No. 159376
dschwarz@sheppardmullin.com
BARBARA E. TAYLOR, Cal Bar No. 166374
btaylor@sheppardmullin.com
KRISTA L. LANDIS, Cal. Bar No. 348262
klandis@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701

BARSAMIAN & MOODY
    A Professional Corporation
PATRICK MOODY, Cal Bar No. 156928
pmoody@theemployerslawfirm.com
1141 West Shaw Avenue, Suite 104
Fresno, California 93711
Telephone:    559.248.2360
Facsimile:    559.248.2370

Attorneys for Western Growers Association and
Olive Hill Greenhouses, Inc.

U.S. DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN GROWERS ASSOCIATION and OLIVE HILL GREENHOUSES, INC, <br><br> Plaintiffs, <br><br> v. <br><br> AGRICULTURAL LABOR RELATIONS BOARD et al, <br><br> Defendants. | Case No. 1:25-cv-00577-KES-CDB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON PRELIMINARY INJUNCTION** <br><br> Judge:    Kirk E. Sherriff <br> Complaint Filed: April 4, 2025 <br> Trial Date:    Not Set |

Pursuant to Local Rules 230(f) and 143, Western Growers Association ("WGA") and Olive Hill Greenhouses, Inc. ("Olive Hill," collectively "Plaintiffs") and Defendants California Agricultural Labor Relations Board (the "Board"), Victoria Hassid, in her official capacity as Chair of the California Agricultural Labor Relations Board; Isadore Hall III, Barry Broad, Ralph Lightstone, and Cinthia N. Flores, in their official capacities as Members of the California Agricultural Relations Board; Santiago Avila-Gomez, and in his official capacity as Executive Secretary of the California Agricultural Labor Relations Board and Intervenor-Defendant United Farmworkers of America (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs commenced this action on April 4, 2025, in the U.S. District Court for the Southern District of California, Case No. 3:25-cv-00815-CAB-BLM;

WHEREAS, Plaintiffs filed a motion for preliminary injunctive relief on April 24, 2025;

WHEREAS, under the Civil Case Procedures of the district judge to whom the case was assigned, the district court does not set hearing dates on noticed motions in advance of filing. Rather, "[t]he hearing date on a motion does not indicate a date when appearances are necessary." The sole purpose of the moving party's choice of hearing date is to "set[] the briefing schedule for the motion pursuant to the applicable local rules." Per the Civil Case Procedures, "[t]he hearing date on a motion does not indicate a date when appearances are necessary."

WHEREAS, Plaintiffs chose May 29 because it complied with the Civil Case Procedures and Local Rule 7.1.e's requirement that the opposing party be provided 35 days' notice, such that their opposition would be due no later than 14 calendar days prior to the noticed hearing date and that Plaintiffs' reply would be due 7 days prior to the noticed hearing date;

WHEREAS, following the transfer of this case, this Court set a hearing on Plaintiffs' Motion for Preliminary Injunction (ECF 13) for May 29, 2025 at 1:30 p.m. in Courtroom 6 before District Judge Kirk E. Sherriff and ordered Plaintiffs to file their opposition briefs on May 23, 2025, presumably based on the noticed hearing date;

WHEREAS, Plaintiffs wish to appear in person to argue the preliminary injunction motion;

WHEREAS, lead counsel for Plaintiffs, David A. Schwarz, has a family commitment to

1  attend the high school graduation of his youngest child in Los Angeles at 5:30 p.m. on Thursday,
2  May 29, 2025;
3      WHEREAS, there are no direct commercial flights that would permit Mr. Schwarz to appear
4  in-person at the designated time of the hearing <u>and</u> be able to attend his daughter's graduation;
5      WHEREAS, Defendants have no objection to rescheduling the hearing for the next available
6  hearing date, June 2, 2025, at 1:30 p.m., or at the next available law and motion date apart from
7  June 19 and 20, 2025;
8      NOW, THEREFORE, it is hereby stipulated and agreed, subject to Court's approval, that
9  the hearing on Plaintiffs' Motion for Preliminary Injunction will be heard on June 2, 2025, at 1:30
10 p.m., or at the next available law and motion date.

11 Dated: May 21, 2025        Respectfully submitted,

12                            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
13                            BARSAMIAN & MOODY

14
15                            By      /s/ David A. Schwarz
                                      DAVID A. SCHWARZ
16                                    PATRICK MOODY
17                              Attorneys for Western Growers Association and
                                        Olive Hill Greenhouses, Inc.

18

19 Dated: May 21, 2025
20                            ROB BONTA
                              Attorney General of California
21                            MARK R. BECKINGTON
                              Supervising Deputy Attorney General
22                            Kristi A. Hughes
                              Deputy Attorney General
23

24                            By      /s/ Sebastian Brady
                                      SEBASTIAN BRADY
25                                    Deputy Attorney General
                                      Attorneys for Defendants
26

27

28

-2-    Case No. 1:25-cv-00577-KES-CDB
SMRH:4908-0851-8213.3    JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON PRELIMINARY INJUNCTION

Dated: May 21, 2025

    Scott A. Kronland
    Corinne F. Johnson
    Jonathan Rosenthal
    ALTSHULER BERZON LLP
    Mario Martínez
    Edgar Iván Aguilasocho
    MARTÍNEZ AGUILASOCHO LAW, INC

By    */s/ Scott A. Kronland*
    SCOTT A. KRONLAND
    Attorneys for Intervenor-Defendant
    United Farm Workers Of America

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**FOR GOOD CAUSE SHOWN,** the hearing date currently scheduled for May, 29, 2025, at 1:30 p.m. is hereby rescheduled to _____.

Dated: _____              _____
                                                        HON. KIRK E. SHERRIFF
                                                        UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 350 South Grand Avenue, 40th Floor, Los Angeles, CA 90071-3460.

On May 21, 2025, I served true copies of the following document(s) described as **JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON PRELIMINARY INJUNCTION** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 21, 2025, at Los Angeles, California.

_____
Angie Sotelo