SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DAVID A. SCHWARZ, Cal Bar No. 159376
dschwarz@sheppardmullin.com
BARBARA E. TAYLOR, Cal Bar No. 166374
btaylor@sheppardmullin.com
KRISTA L. LANDIS, Cal. Bar No. 348262
klandis@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:     310.228.3700
Facsimile:     310.228.3701

BARSAMIAN & MOODY
  A Professional Corporation
PATRICK MOODY, Cal Bar No. 156928
pmoody@theemployerslawfirm.com
1141 West Shaw Avenue, Suite 104
Fresno, California 93711
Telephone:     559.248.2360
Facsimile:     559.248.2370

Attorneys for Western Growers Association and
Olive Hill Greenhouses, Inc.

## U.S. DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN GROWERS ASSOCIATION and OLIVE HILL GREENHOUSES, INC, | Case No. 1:25-cv-00577-KES-CDB |
| Plaintiffs, | **JOINT STIPULATION AND ORDER RESCHEDULING HEARING ON PRELIMINARY INJUNCTION** |
| v. | |
| AGRICULTURAL LABOR RELATIONS BOARD et al, | Judge:              Kirk E. Sherriff<br>Complaint Filed: April 4, 2025<br>Trial Date:         Not Set |
| Defendants. | |

Pursuant to Local Rules 230(f) and 143, Western Growers Association ("WGA") and Olive Hill Greenhouses, Inc. ("Olive Hill," collectively "Plaintiffs") and Defendants California Agricultural Labor Relations Board (the "Board"), Victoria Hassid, in her official capacity as Chair of the California Agricultural Labor Relations Board; Isadore Hall III, Barry Broad, Ralph Lightstone, and Cinthia N. Flores, in their official capacities as Members of the California Agricultural Relations Board; Santiago Avila-Gomez, and in his official capacity as Executive Secretary of the California Agricultural Labor Relations Board and Intervenor-Defendant United Farmworkers of America (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs commenced this action on April 4, 2025, in the U.S. District Court for the Southern District of California, Case No. 3:25-cv-00815-CAB-BLM;

WHEREAS, Plaintiffs filed a motion for preliminary injunctive relief on April 24, 2025;

WHEREAS, under the Civil Case Procedures of the district judge to whom the case was assigned, the district court does not set hearing dates on noticed motions in advance of filing. Rather, "[t]he hearing date on a motion does not indicate a date when appearances are necessary." The sole purpose of the moving party's choice of hearing date is to "set[] the briefing schedule for the motion pursuant to the applicable local rules." Per the Civil Case Procedures, "[t]he hearing date on a motion does not indicate a date when appearances are necessary."

WHEREAS, Plaintiffs chose May 29 because it complied with the Civil Case Procedures and Local Rule 7.1.e's requirement that the opposing party be provided 35 days' notice, such that their opposition would be due no later than 14 calendar days prior to the noticed hearing date and that Plaintiffs' reply would be due 7 days prior to the noticed hearing date;

WHEREAS, following the transfer of this case, this Court set a hearing on Plaintiffs' Motion for Preliminary Injunction (ECF 13) for May 29, 2025 at 1:30 p.m. in Courtroom 6 before District Judge Kirk E. Sherriff and ordered Plaintiffs to file their opposition briefs on May 23, 2025, presumably based on the noticed hearing date;

WHEREAS, Plaintiffs wish to appear in person to argue the preliminary injunction motion;

WHEREAS, lead counsel for Plaintiffs, David A. Schwarz, has a family commitment to

-1-

Case No. 1:25-cv-00577-KES-CDB
JOINT STIPULATION AND ORDER RESCHEDULING HEARING ON PRELIMINARY INJUNCTION

1  attend the high school graduation of his youngest child in Los Angeles at 5:30 p.m. on Thursday,

2  May 29, 2025;

3      WHEREAS, there are no direct commercial flights that would permit Mr. Schwarz to appear

4  in-person at the designated time of the hearing and be able to attend his daughter's graduation;

5      WHEREAS, Defendants have no objection to rescheduling the hearing for the next available

6  hearing date, June 2, 2025, at 1:30 p.m., or at the next available law and motion date apart from

7  June 19 and 20, 2025;

8      NOW, THEREFORE, it is hereby stipulated and agreed, subject to Court's approval, that

9  the hearing on Plaintiffs' Motion for Preliminary Injunction will be heard on June 2, 2025, at 1:30

10  p.m., or at the next available law and motion date.

11  Dated: May 21, 2025              Respectfully submitted,

12                                   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                                     BARSAMIAN & MOODY
13

14                                   By    _____
15                                                  /s/ David A. Schwarz
                                              DAVID A. SCHWARZ
16                                            PATRICK MOODY
                                     Attorneys for Western Growers Association and
17                                          Olive Hill Greenhouses, Inc.

18

19  Dated: May 21, 2025

20                                   ROB BONTA
                                     Attorney General of California
21                                   MARK R. BECKINGTON
                                     Supervising Deputy Attorney General
22                                   Kristi A. Hughes
                                     Deputy Attorney General
23

24                                   By    _____
                                                  /s/ Sebastian Brady
25                                            SEBASTIAN BRADY
                                              Deputy Attorney General
26                                            Attorneys for Defendants

27

28

SMRH:4908-0851-8213.3        JOINT STIPULATION AND ORDER RESCHEDULING HEARING ON PRELIMINARY
                                                                              INJUNCTION

1 | Dated: May 21, 2025

2 |                                    Scott A. Kronland
                                       Corinne F. Johnson
3 |                                    Jonathan Rosenthal
                                       ALTSHULER BERZON LLP
4 |                                    Mario Martínez
                                       Edgar Iván Aguilasocho
5 |                                    MARTÍNEZ AGUILASOCHO LAW, INC

6 |

7 |                        By        _____
                                            */s/ Scott A. Kronland*
8 |                                         SCOTT A. KRONLAND
                                       Attorneys for Intervenor-Defendant
9 |                                    United Farm Workers Of America

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

SMRH:4908-0851-8213.3
JOINT STIPULATION AND ORDER RESCHEDULING HEARING ON PRELIMINARY
INJUNCTION

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2    **FOR GOOD CAUSE SHOWN,** the hearing date currently scheduled for May 29, 2025, is

3    hereby rescheduled to June 5, 2025, at 1:30 p.m. in Courtroom 6.

4

5    IT IS SO ORDERED.

6    Dated:   May 21, 2025

7                                                UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4908-0851-8213.3    Case No. 1:25-cv-00577-KES-CDB
JOINT STIPULATION AND ORDER RESCHEDULING HEARING ON PRELIMINARY
INJUNCTION