ROB BONTA, State Bar No. 202668
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
KRISTI HUGHES, State Bar. No. 235943
SEBASTIAN BRADY, State Bar No. 330904
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3592
 Fax:  (415) 703-5480
 E-mail:  Sebastian.Brady@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WESTERN GROWERS ASSOCIATION and OLIVE HILL GREENHOUSES, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**AGRICULTURAL LABOR RELATIONS BOARD; VICTORIA HASSID in her official capacity as Chairperson of the California Agricultural Labor Relations Board; ISADORE HALL III, BARRY BROAD, RALPH LIGHTSTONE, and CINTHIA N. FLORES, in their official capacities as Members of the California Agricultural Labor Relations Board; SANTIAGO AVILA-GOMEZ, in his official capacity as Executive Secretary of the California Agricultural Labor Relations Board,**<br><br>Defendants,<br><br>**UNITED FARM WORKERS OF AMERICA,**<br><br>Intervenor-Defendant. | 1:25-cv-00577<br><br>**JOINT STIPULATION TO EXTEND DEADLINES IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS AND [PROPOSED] ORDER**<br><br>Date:         August 18, 2025<br>Time:         1:30 p.m.<br>Courtroom:  6<br>Judge:        Hon. Kirk E. Sherriff<br>Trial Date:<br>Action Filed: April 4, 2025 |

1

1     WHEREAS, Plaintiffs Western Growers Association and Olive Hill Greenhouses, Inc. commenced this action on April 4, 2025 (ECF No. 1);

    WHEREAS, Defendants waived service under Federal Rule of Civil Procedure 4, making their response to Plaintiffs' complaint due on June 9, 2025 (ECF Nos. 3–9);

    WHEREAS, Defendants moved to dismiss Plaintiffs' case on June 9, 2025 (ECF No. 43);

    WHEREAS, under Local Rule 230, Plaintiffs' opposition to Defendants' motion is due June 23, 2025, and Defendants' reply is due July 3, 2025;

    WHEREAS, Deputy Attorney General Sebastian Brady, counsel for Defendants with lead responsibility for drafting Defendants' reply, has had a death in the family and will be travelling for a funeral from June 30, 2025 to July 7, 2025;

    WHEREAS, all parties in this matter, through their counsel of record, have agreed that good cause exists to extend both Plaintiffs' deadline to file their opposition and Defendants' deadline to file their reply;

    WHEREAS, neither of these deadlines have previously been extended; and

    WHEREAS, a brief extension of these deadlines will not require rescheduling the August 18, 2025 hearing noticed in Defendants' motion;

    NOW, THEREFORE, subject to this Court's approval, it is hereby stipulated and agreed by the parties, through their counsel of record, that Plaintiffs' deadline to respond to Defendants' motion to dismiss is extended to June 30, 2025, and Defendants' deadline to reply to Plaintiffs' opposition is extended to July 15, 2025.

2

Joint Stipulation to Extend Deadlines in Connection with Defs.' MTD  (1:25-cv-00577)

| | | |
|---|---|---|
| 1 | Dated: June 19, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 4 | | KRISTI HUGHES<br>Deputy Attorney General |

*/s/ Sebastian Brady*
SEBASTIAN BRADY
Deputy Attorney General
*Attorneys for Defendants*

Dated: June 19, 2025                    Respectfully submitted,

BARBARA E. TAYLOR
KRISTA L. LANDIS

*/s/ David A. Schwarz* (as authorized on June 18, 2025 – LR 131(e))
DAVID A. SCHWARZ
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

PATRICK MOODY
BARSAMIAN & MOODY

*Attorneys for Plaintiffs*

3

Joint Stipulation to Extend Deadlines in Connection with Defs.' MTD  (1:25-cv-00577)

Dated: June 19, 2025				Respectfully submitted,

CORINNE F. JOHNSON
JONATHAN ROSENTHAL

*/s/ Scott A. Kronland* (as authorized on June 18, 2025 – LR 131(e))
SCOTT A. KRONLAND
ALTSHULER BERZON LLP

MARIO MARTÍNEZ
EDGAR IVÁN AGUILASOCHO
MARTÍNEZ AGUILASOCHO LAW, INC.

*Attorneys for Intervenor-Defendant*

**[PROPOSED] ORDER**

Having considered the parties' Stipulation, and good cause appearing for extending the briefing schedule as stipulated, IT IS HEREBY ORDERED:

1. Plaintiffs' opposition to Defendants' Motion to Dismiss is due June 30, 2025;
2. Defendants' reply to Plaintiffs' opposition is due July 15, 2025.

**IT IS SO ORDERED**.

Dated: 				_____
				**Hon. Kirk E. Sherriff**
				United States District Judge

4

Joint Stipulation to Extend Deadlines in Connection with Defs.' MTD  (1:25-cv-00577)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Western Growers Association, et al. v. Agricultural Labor Relations Board, et al.** | Case No. | **1:25-cv-00577-KES-CDB** |

I hereby certify that on <u>June 19, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT STIPULATION TO EXTEND DEADLINES IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS AND [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 19, 2025</u>, at San Francisco, California.

| | |
|---|---|
| M. Mendiola | *M. Mendiola* |
| Declarant | Signature |

SA2025301850