1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MARK R. BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  KRISTI HUGHES, State Bar. No. 235943
   SEBASTIAN BRADY, State Bar No. 330904
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3592
6    Fax:  (415) 703-5480
     E-mail:  Sebastian.Brady@doj.ca.gov
7  *Attorneys for Defendants*

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WESTERN GROWERS ASSOCIATION and OLIVE HILL GREENHOUSES, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**AGRICULTURAL LABOR RELATIONS BOARD; VICTORIA HASSID in her official capacity as Chairperson of the California Agricultural Labor Relations Board; ISADORE HALL III, BARRY BROAD, RALPH LIGHTSTONE, and CINTHIA N. FLORES, in their official capacities as Members of the California Agricultural Labor Relations Board; SANTIAGO AVILA-GOMEZ, in his official capacity as Executive Secretary of the California Agricultural Labor Relations Board,**<br><br>Defendants,<br><br>**UNITED FARM WORKERS OF AMERICA,**<br><br>Intervenor-Defendant. | 1:25-cv-00577<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS**<br><br>Date:         August 18, 2025<br>Time:         1:30 p.m.<br>Courtroom:  6<br>Judge:         Hon. Kirk E. Sherriff<br>Trial Date:<br>Action Filed:  April 4, 2025 |

1

WHEREAS, Plaintiffs Western Growers Association and Olive Hill Greenhouses, Inc. commenced this action on April 4, 2025 (ECF No. 1);

WHEREAS, Defendants waived service under Federal Rule of Civil Procedure 4, making their response to Plaintiffs' complaint due on June 9, 2025 (ECF Nos. 3–9);

WHEREAS, Defendants moved to dismiss Plaintiffs' case on June 9, 2025 (ECF No. 43);

WHEREAS, under Local Rule 230, Plaintiffs' opposition to Defendants' motion is due June 23, 2025, and Defendants' reply is due July 3, 2025;

WHEREAS, Deputy Attorney General Sebastian Brady, counsel for Defendants with lead responsibility for drafting Defendants' reply, has had a death in the family and will be travelling for a funeral from June 30, 2025 to July 7, 2025;

WHEREAS, all parties in this matter, through their counsel of record, have agreed that good cause exists to extend both Plaintiffs' deadline to file their opposition and Defendants' deadline to file their reply;

WHEREAS, neither of these deadlines have previously been extended; and

WHEREAS, a brief extension of these deadlines will not require rescheduling the August 18, 2025 hearing noticed in Defendants' motion;

NOW, THEREFORE, subject to this Court's approval, it is hereby stipulated and agreed by the parties, through their counsel of record, that Plaintiffs' deadline to respond to Defendants' motion to dismiss is extended to June 30, 2025, and Defendants' deadline to reply to Plaintiffs' opposition is extended to July 15, 2025.

2

Joint Stipulation to Extend Deadlines in Connection with Defs.' MTD  (1:25-cv-00577)

| | | |
|---|---|---|
| Dated: June 19, 2025 | | Respectfully submitted, |

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
KRISTI HUGHES
Deputy Attorney General

*/s/ Sebastian Brady*
SEBASTIAN BRADY
Deputy Attorney General
*Attorneys for Defendants*

Dated: June 19, 2025                                   Respectfully submitted,

BARBARA E. TAYLOR
KRISTA L. LANDIS

*/s/ David A. Schwarz* (as authorized on June 18, 2025 – LR 131(e))
DAVID A. SCHWARZ
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

PATRICK MOODY
BARSAMIAN & MOODY

*Attorneys for Plaintiffs*

3

Joint Stipulation to Extend Deadlines in Connection with Defs.' MTD  (1:25-cv-00577)

Dated: June 19, 2025                           Respectfully submitted,

CORINNE F. JOHNSON
JONATHAN ROSENTHAL

*/s/ Scott A. Kronland* (as authorized on June 18, 2025 – LR 131(e))
SCOTT A. KRONLAND
ALTSHULER BERZON LLP


MARIO MARTÍNEZ
EDGAR IVÁN AGUILASOCHO
MARTÍNEZ AGUILASOCHO LAW, INC.

*Attorneys for Intervenor-Defendant*

**ORDER**

Having considered the parties' stipulation, and good cause appearing for extending the briefing schedule as stipulated, IT IS HEREBY ORDERED:

1. Plaintiffs' opposition to Defendants' Motion to Dismiss is due June 30, 2025;
2. Defendants' reply to Plaintiffs' opposition is due July 15, 2025.

IT IS SO ORDERED.

Dated:  June 23, 2025

_____
UNITED STATES DISTRICT JUDGE

4

Joint Stipulation to Extend Deadlines in Connection with Defs.' MTD  (1:25-cv-00577)